| Fill in this information to identify the case: |
|---|
| Debtor 1   MICHELE STANLEY |
| Debtor 2<br>(Spouse, if filing) |
| United States Bankruptcy Court for the: Middle District of Pennsylvania |
| Case number 5:21-bk-01647-MJC |

## Official Form 410S2
### Notice of Postpetition Mortgage Fees, Expenses, and Charges           12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2

**Court claim no.** (if known): 4

**Last four digits** of any number you use to identify the debtor's account: 3076

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees (Plan Review) | 7/30/2021 | (3) | $ 250.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 8/25/2021 | (5) | $ 700.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: Objection to Plan-Confirmation | 9/8/2021 | (11) | $ 550.00 |
| 12. Other. Specify: | | (12) | $ 0.00 |
| 13. Other. Specify: | | (13) | $ 0.00 |
| 14. Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  MICHELE STANLEY  Case number *(if known)* 5:21-bk-01647-MJC
First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ __/s/Mario Hanyon__                            Date  12/16/2021
   Signature

**Print:** **Mario Hanyon (203993)**                  Title  Attorney
          First Name    Middle Name    Last Name

Company   Brock & Scott, PLLC

Address   302 Fellowship Road, Ste 130
          Number              Street

          Mount Laurel, NJ 08054
          City              State   ZIP Code

Contact phone  844-856-6646 x4560            Email  pabkr@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>MICHELE STANLEY<br><br>HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2,<br>    Movant<br><br>vs.<br><br>MICHELE STANLEY,<br>    Debtor, | Case No. 5:21-bk-01647-MJC<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice Of Postpetition Mortgage Fees, Expenses, And Charges has been electronically served or mailed, postage prepaid on this day to the following:

MICHELE STANLEY
109 SQUIRRELWOOD CT
EFFORT, PA 18330-7747

Patrick j Best, Debtor's Attorney
18 North 8th Street
Stroudsburg, PA 18360
patrick@armlawyers.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

December 16, 2021

                                              */s/ Mario Hanyon*
                                              Mario Hanyon
                                              (Bar No. 203993)
                                              Attorney for Creditor
                                              BROCK & SCOTT, PLLC
                                              302 Fellowship Road, Ste 130
                                              Mount Laurel, NJ 08054
                                              Telephone:  844-856-6646 x4560
                                              Facsimile:  704-369-0760
                                              E-Mail:  pabkr@brockandscott.com

# Brock & Scott, PLLC

1315 Westbrook Plaza Drive, Suite 100  
Winston-Salem, NC 27103  
(336)354-1200 - phone  
(336)354-1206 - fax  

Invoice #:   
Invoice Date: 07/30/2021  
File Number:

Client:

PHH Mortgage Corporation  
One Mortgage Way  
Mount Laurel, NJ, 08054  

Name and Address:

Stanley, John and Michele  
109 Squirrelwood Ct  
Woodbury, PA, 18330  

| BK Case # and Chapter | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 21-01647/13 | | Conventional | | Bankruptcy Services CH13 |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Plan Review<br>Service Date: 07/30/2021 | Bankruptcy Plan Review | 250.00 |

Please include a copy of this invoice with your remittance to:

1315 Westbrook Plaza Drive, Suite 100  
Winston-Salem, NC 27103  
EIN # 56-2107459  
E-Mail: AcctsRec@brockandscott.com

**Balance Due:** **250.00**

**INVOICE**

# Brock & Scott, PLLC

1315 Westbrook Plaza Drive, Suite 100
Winston-Salem, NC 27103
(336)354-1200 - phone
(336)354-1206 - fax

Invoice #: 
Invoice Date: 08/26/2021

File Number:

Client:

PHH Mortgage Corporation
One Mortgage Way
Mount Laurel, NJ, 08054

Name and Address:

Stanley, John and Michele
109 Squirrelwood Ct
Woodbury, PA, 18330

| BK Case # and Chapter | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 21-01647/13 |  | Conventional |  | Bankruptcy Services CH13 |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Proof Of Claim<br>    Service Date: 08/25/2021 | Bankruptcy POC | 700.00 |
| 410A Payment History Review - 410A / Payment History Review and prep fee.<br>    Service Date: 08/25/2021 | Bankruptcy POC<br>BORROWER RECOVERABLE | 250.00 |

Please include a copy of this invoice with your remittance to:

1315 Westbrook Plaza Drive, Suite 100
Winston-Salem, NC 27103
EIN # 56-2107459
E-Mail: AcctsRec@brockandscott.com

**Balance Due:** **950.00**

Case 5:21-bk-01647-MJC    Doc    Filed 12/16/21    Entered 12/16/21 16:06:19    Desc
Main Document    Page 6 of 7

# INVOICE

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston-Salem, NC 27103
(336)354-1200 - phone
(336)354-1206 - fax

Invoice #:
Invoice Date: 09/09/2021

File Number:

Client:

PHH Mortgage Corporation
One Mortgage Way
Mount Laurel, NJ, 08054

Name and Address:

Stanley, John and Michele
109 Squirrelwood Ct
Woodbury, PA, 18330

| BK Case # and Chapter | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 21-01647/13 | | Conventional | | Bankruptcy Services CH13 |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Obj To Plan-Confirmation<br>   Service Date: 09/08/2021 | Bankruptcy OBJ | 550.00 |

Please include a copy of this invoice with your remittance to:

1315 Westbrook Plaza Drive, Suite 100
Winston-Salem, NC 27103
EIN # 56-2107459
E-Mail: AcctsRec@brockandscott.com

**Balance Due:** **550.00**